# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOINTER, MAUDESSIE | § | Case No. 12-29631 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### KENNETH S. GARDNER
### CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/05/2013 in Courtroom 680,

United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/03/2013            By: /s/ Barry A. Chatz, Trustee
                                              Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-29631-JPC
Maudessie Jointer                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez        Page 1 of 3          Date Rcvd: Nov 13, 2013
                             Form ID: pdf006         Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2013.
```
db         +Maudessie Jointer,   7353 South Clyde,   Chicago, IL 60649-3108
19237867   +Accredited Home Lender,   15253 Avenue Of Science,   San Diego, CA 92128-3437
19237868   #+Accredited Home Lender,   9915 Mira Msa Blvd,   Suite,   San Diego, CA 92131-7001
19237869   +Alveria D. McClinton,   7353 South Clyde,   Chicago, IL 60649-3108
19237870   +American Express,   Attn:  Credit Department,   P.O. Box 981540,   El Paso, TX 79998-1540
19237871   +American Home Mortgage Servicing,   P.O. Box 631730,   Irving, TX 75063-0002
19237872   +American Home Mtg Svci,   1525 S Belt Line Rd,   Coppell, TX 75019-4913
19237874   +Americas Servicing Co,   7485 New Horizon Way,   Frederick, MD 21703-8388
19237873   +Americas Servicing Co,   Po Box 10328,   Des Moines, IA 50306-0328
19237875   +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
19237878   +Bank of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
19237876    Bank of America,   NC4-105-03-14,   PO Box 26012,   Greensboro, NC 27420-6012
19237877   +Bank of America,   7105 Corporate Drive,   Plano, TX 75024-4100
19237879   +Cbna,   Ccs Gray Ops Center,   541 Sid Martin Rd,   Gray, TN 37615-6210
19237881   +Chase,   201 N. Walnut Street,   Wilmington, DE 19801-2920
19237884    Chase,   3rd Party Handling,   PO Box 15145,   Wilmington, DE 19850-5145
19237882   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19237883   +Chase,   2500 Westfield Dr,   Elgin, IL 60124-7836
19237880   +Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
19237885    Chase Credit Card,   Correspondence: Bankruptcy,   PO Box 15298,   Wilmington, DE 19850-5298
19237886   +Chase Home Equity,   2901 Kinwest Parkway; Suite 300,   Bnkrptcy Dept; Mail Code: TX1-2204,
            Irving, TX 75063-5815
19237887   +Chase-Bp,   Po Box 15298,   Wilmington, DE 19850-5298
19237891   +Citibank South Dakota NA,   4740 121st Street,   Urbandale, IA 50323-2402
19237936   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
           (address filed with court:  Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682)
19768421   +++DLJ Mortgage Capital Inc,   Green Tree Servicing LLC,   7340 S. Kyrene Rd,   Recovery Dept T120,
            Tempe, AZ 85283-4573
19237894   +Deutsche National Bank,   Attn: Property Inquiries Dept,   1761 East St. Andrew Place,
            Santa Ana, CA 92705-4934
19237898   ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
           (address filed with court:  Ford Motor Credit Company, LLC,   Drawer 55-953,   P.O. Box 55000,
            Detroit, MI 48255-0953)
19237896   +Ford Cred,   Po Box Box 542000,   Omaha, NE 68154-8000
19237897   +Ford Motor Credit Company,   PO Box 689007,   Franklin, TN 37068-9007
19237899   +Freedman, Anselmo, Lindberg, Rappe,,   1807 W Diehl Rd, Ste. 333,   P.O. Box 3107,
            Naperville, IL 60566-7107
19237904    GMAC Mortgage,   P.O. Box 9001719,   Louisville, KY 40290-1719
19237905   +GMAC Mortgage LLC,   Attn: Loss Mitigation,   3451 Hammond Avenue,   Waterloo, IA 50702-5300
19237906   +GMAC Mortgage, LLC,   Attn: Mail Code 507-345-110,   3451 Hammond Avenue,
            Waterloo, IA 50702-5300
19237903   +Gmac Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
19237910   +HFC / HSBC,   841 Seahawk Cirle,   Virginia Beach, VA 23452-7809
19237912    HSBC,   P.O. Box 60167,   City Of Industry, CA 91716-0167
19237911    HSBC,   Card Services,   PO Box 81622,   Salinas, CA 93912-1622
19237916    HSBC Retail Services,   P.O. Box 17051,   Baltimore, MD 21297-1051
19237915    HSBC Retail Services,   P.O. Box 17264,   Baltimore, MD 21297-1264
19237907   +Heavner Scott & Beyers,   111 East Main Street,   Suite 200,   Decatur, IL 62523-1204
19237913   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
19237917   +Hsbc/Wicks,   90 Christiana Rd,   New Castle, DE 19720-3118
19237918   +Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
19237920   +Larry Jointer,   446 101st Street,   2nd Floor,   Chicago, IL 60628-1956
19237921   +Leno Williams,   446 101st Street,   Chicago, IL 60628-1956
19237922   +Litton Loan Servicing,   4828 Loop Central Dr,   Houston, TX 77081-2166
19237923   +Litton Loan Servicing,   Bankruptcy Department,   4828 Loop Central Drive,
            Houston, TX 77081-2193
19237924   +Litton Loan Servicing, LP,   P.O. Box 829009,   Dallas, TX 75382-9009
19673994    Main Street Acquisition Corp., assignee,   of HSBC CARD SERVICES (III) INC.,
            c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19237925   +Main Street Acquisiton,   2877 Paradise Rd Unit 30,   Las Vegas, NV 89109-5236
19559451   +Ocwen Financial Corp,   Corporate Secretary,   1661 Worthington Rd Suite 100,
            West Palm Beach, FL 33409-6493
19237927   +Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
19237928   +Peoples Gas Light & Coke Co.,   130 E. Randolph Drive,   Chicago, IL 60601-6203
19237929   +Peoplesene,   130 E. Randolph Drive,   Chicago, IL 60601-6302
19237930   +Pierce & Associates,   1 North Dearborn,   Suite 1300,   Chicago, IL 60602-4373
19237931   +Select Portfolio Svcin,   Po Box 65250,   Salt Lake City, UT 84165-0250
19237933   +Toni Knox,   455 W 118th,   Chicago, IL 60628-5351
19237935   +U.S. Bank Home Mortgage,   4801 Frederica St,   Owensboro, KY 42301-7441
19237934   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court:  U.S. Bank,   Bankruptcy Department,   P.O. Box 5229,
            Cincinnati, OH 45201-5229)
19237939    WFNNB,   Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
```

```
District/off: 0752-1              User: mgonzalez          Page 2 of 3              Date Rcvd: Nov 13, 2013
                                 Form ID: pdf006           Total Noticed: 80

19237946  ++++WILSHIRE CREDIT CORP,   400 NATIONAL WAY,   SIMI VALLEY CA  93065-6414
              (address filed with court:  Wilshire Credit Corp,   400 Countrywide Way,   Simi Valley, CA 93065)
19237937  +Wf Fin Bank,   3201 N 4th Ave,   Sioux Falls, SD 57104-0700
19237938  +Wffinance,   800 Walnut St,   Des Moines, IA 50309-3504
19237940  +Wfnnb/Ashley Stewart,   Po Box 182789,   Columbus, OH 43218-2789
19237941   Wfnnb/Rmpl,   Attn: Customer Service,   P.O. Box 182273,   Columbus, OH 43218-2273
19237942  +Wfnnb/Roomplace,   Po Box 182789,   Columbus, OH 43218-2789
19237943  +Wfnnb/Spiegel,   101 Crossway Park West,   Woodbury, NY 11797-2020
19237944  +Wfnnb/The Avenue,   Po Box 182789,   Columbus, OH 43218-2789
19237945  +Wfnnb/Valucityroomstod,   4590 E Broad St,   Columbus, OH 43213-1301
19237947  +Wilshire Credit Corp,   14523 Southwest Milikian Way,   Beaverton, OR 97005-2344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19516793       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2013 04:38:47
              American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
              Oklahoma City, OK  73126-8941
19237888  +E-mail/Text: rdavis@cpdfcu.com Nov 14 2013 04:15:39     Chicago Patrolmans Fcu,
              1359 W Washington Blvd,   Chicago, IL 60607-1905
19237889  +E-mail/Text: rdavis@cpdfcu.com Nov 14 2013 04:15:39     Chicago Patrolmen's Federal Crdt Un,
              1407 West Washington Blvd,   Chicago, IL 60607-1820
19237893  +E-mail/Text: wendie@creditmgt.com Nov 14 2013 04:15:42     Credit Management Cont,   Po Box 1654,
              Green Bay, WI 54305-1654
19237895       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2013 04:38:52     Discover Bank,
              DFS Services LLC,   P.O. Box 3025,   New Albany, OH 43054-3025
19237902  +E-mail/Text: ally@ebn.phinsolutions.com Nov 14 2013 04:14:43     GMAC,   15303 S 94th Ave,
              Orland Park, IL 60462-3825
19237901  +E-mail/Text: ally@ebn.phinsolutions.com Nov 14 2013 04:14:43     GMAC,   P.O. Box 130424,
              Roseville, MN 55113-0004
19237919       E-mail/Text: cio.bncmail@irs.gov Nov 14 2013 04:15:11     Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
19237926  +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2013 04:15:51     Midland Funding,
              8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
19237932  +E-mail/Text: jross@banksouthcentral.com Nov 14 2013 04:15:59     South Central Bank & T,
              525 W Roosevelt Rd,   Chicago, IL 60607-4905
                                                                                     TOTAL: 10


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19237908      Heavner Scott & Beyers,   111 East Main Street,   Suite 200,   MO 65253
19237890  ##+Citi Ctb,   Po Box 22066,   Tempe, AZ 85285-2066
19237892  ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
19237900  ##+Fremont Investment & L,   175 N Riverview Dr,   Anaheim, CA 92808-1225
19237914  ##+HSBC Retail Card Services,   Correspondence,   PO Box 15521,   Wilmington, DE 19850-5521
19237909  ##+Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
19237948  ##+Wilshire Credit Corporation,   P.O. Box 1650,   Portland, OR 97207
                                                                                     TOTALS: 1, * 0, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2013                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2013 at the address(es) listed below:
     Barry A Chatz    bachatz@arnstein.com,
      bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
     David C. Nelson    on behalf of Debtor Maudessie  Jointer dcnelson@nelsonlawoffice.com,
      deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
     Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                        TOTAL: 3