# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                  §
                                        §
JOINTER, MAUDESSIE                      §     Case No. 12-29631
                                        §
         Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By: /s/BARRY A. CHATZ _____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Americas Servicing Co Po Box 10328 Des Moines, IA 50306 |  |  |  |  |  |
|  | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Main Street Acquisiton 2877 Paradise Rd Unit 30 Las Vegas, NV 89109 | | | | | |
| | Ocwen Loan Servicing L 12650 Ingenuity Dr Orlando, FL 32826 | | | | | |
| | Ocwen Loan Servicing L 12650 Ingenuity Dr Orlando, FL 32826 | | | | | |
| | Ocwen Loan Servicing L 12650 Ingenuity Dr Orlando, FL 32826 | | | | | |
| | Select Portfolio Svcin Po Box 65250 Salt Lake City, UT 84165 | | | | | |
| 000003 | DLJ MORTGAGE CAPITAL INC | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accredited Home Lender 15253 Avenue Of Science San Diego, CA 92128 | | | | | |
| | Accredited Home Lender 15253 Avenue Of Science San Diego, CA 92128 | | | | | |
| | American Home Mtg Svci 1525 S Belt Line Rd Coppell, TX 75019 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mtg Svci 1525 S Belt Line Rd Coppell, TX 75019 | | | | | |
| | Americas Servicing Co Po Box 10328 Des Moines, IA 50306 | | | | | |
| | Americas Servicing Co Po Box 10328 Des Moines, IA 50306 | | | | | |
| | Americas Servicing Co Po Box 10328 Des Moines, IA 50306 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 | | | | | |
| | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cbna Ccs Gray Ops Center 541 Sid Martin Rd Gray, TN 37615 | | | | | |
| | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 | | | | | |
| | Chase 201 N. Walnut Street Wilmington, DE 19801 | | | | | |
| | Chase 2500 Westfield Dr Elgin, IL 60124 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase-Bp Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chicago Patrolmans Fcu 1359 W Washington Blvd Chicago, IL 60607 | | | | | |
| | Chicago Patrolmans Fcu 1359 W Washington Blvd Chicago, IL 60607 | | | | | |
| | Chicago Patrolmans Fcu 1359 W Washington Blvd Chicago, IL 60607 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Patrolmans Fcu 1359 W Washington Blvd Chicago, IL 60607 | | | | | |
| | Chicago Patrolmans Fcu 1359 W Washington Blvd Chicago, IL 60607 | | | | | |
| | Citi Ctb Po Box 22066 Tempe, AZ 85285 | | | | | |
| | Credit Management Cont Po Box 1654 Green Bay, WI 54305 | | | | | |
| | Ford Cred Po Box Box 542000 Omaha, NE 68154 | | | | | |
| | Freedman, Anselmo, Lindberg, Rappe, 1807 W Diehl Rd, Ste. 333 P.O. Box 3107 Naperville, IL 60566-7228 | | | | | |
| | Freedman, Anselmo, Lindberg, Rappe, 1807 W Diehl Rd, Ste. 333 P.O. Box 3107 Naperville, IL 60566-7228 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freedman, Anselmo, Lindberg, Rappe, 1807 W Diehl Rd, Ste. 333 P.O. Box 3107 Naperville, IL 60566-7228 | | | | | |
| | Fremont Investment & L 175 N Riverview Dr Anaheim, CA 92808 | | | | | |
| | Fremont Investment & L 175 N Riverview Dr Anaheim, CA 92808 | | | | | |
| | Fremont Investment & L 175 N Riverview Dr Anaheim, CA 92808 | | | | | |
| | Fremont Investment & L 175 N Riverview Dr Anaheim, CA 92808 | | | | | |
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | | | | |
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | | | | |
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | | | | |
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | | | | |
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | | | | |
| | Heavner Scott & Beyers 111 East Main Street Suite 200 Decatur, IL 65253 | | | | | |
| | Heavner Scott & Beyers 111 East Main Street Suite 200 MO 65253 | | | | | |
| | Hfc Po Box 3425 Buffalo, NY 14240 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/Wicks 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | Litton Loan Servicing 4828 Loop Central Dr Houston, TX 77081 | | | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 11)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Litton Loan Servicing 4828 Loop Central Dr Houston, TX 77081 | | | | | |
| | Litton Loan Servicing 4828 Loop Central Dr Houston, TX 77081 | | | | | |
| | Litton Loan Servicing 4828 Loop Central Dr Houston, TX 77081 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Pierce & Associates 1 North Dearborn Suite 1300 Chicago, IL 60602 | | | | | |
| | Select Portfolio Svcin Po Box 65250 Salt Lake City, UT 84165 | | | | | |
| | Select Portfolio Svcin Po Box 65250 Salt Lake City, UT 84165 | | | | | |
| | South Central Bank & T 525 W Roosevelt Rd Chicago, IL 60607 | | | | | |
| | South Central Bank & T 525 W Roosevelt Rd Chicago, IL 60607 | | | | | |
| | Webbank/Dfs 1 Dell Way Round Rock, TX 78682 | | | | | |
| | Wffinance 800 Walnut St Des Moines, IA 50309 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wffinance 800 Walnut St Des Moines, IA 50309 | | | | | |
| | Wffinance 800 Walnut St Des Moines, IA 50309 | | | | | |
| | Wfnnb/Ashley Stewart Po Box 182789 Columbus, OH 43218 | | | | | |
| | Wfnnb/Roomplace Po Box 182789 Columbus, OH 43218 | | | | | |
| | Wfnnb/Spiegel 101 Crossway Park West Woodbury, NY 11797 | | | | | |
| | Wfnnb/The Avenue Po Box 182789 Columbus, OH 43218 | | | | | |
| | Wfnnb/Valucityroomstod 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Wilshire Credit Corp 400 Countrywide Way Simi Valley, CA 93065 | | | | | |
| 000001 | AMERICAN INFOSOURCE FOR MIDLAND | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | MAIN STREET ACQUISITION CORP., ASSI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-29631 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | JOINTER, MAUDESSIE | | | Date Filed (f) or Converted (c): | 07/26/12 (f) |
| | | | | 341(a) Meeting Date: | 09/21/12 |
| For Period Ending: | 03/26/14 | | | Claims Bar Date: | 12/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7353 South Clyde; Chicago, Illinois | 58,750.00 | 0.00 | | 0.00 | FA |
| 2. 455 118th Street; Chicago, IL | 25,000.00 | 0.00 | | 0.00 | FA |
| 3. 446 101st Street; Chicago | 25,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash | 50.00 | 50.00 | | 0.00 | FA |
| 5. Financial Accounts | 4,222.82 | 4,222.82 | | 0.00 | FA |
| 6. Financial Accounts | 3,665.23 | 3,665.23 | | 0.00 | FA |
| 7. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 10. Pension / Profit Sharing | 0.00 | 0.00 | | 0.00 | FA |
| 11. Pension / Profit Sharing | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. Liquidated Claims | 7,024.00 | 3,424.00 | | 7,024.00 | FA |
| 13. Vehicles | 10,354.00 | 7,954.00 | | 0.00 | FA |
| 14. Vehicles | 1,767.50 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $146,533.55     $19,316.05     $7,024.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS LIQUIDATED AND CLAIMS REVIEWED;  PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 12/31/13

LFORM1          Ver: 17.05c

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-29631 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | JOINTER, MAUDESSIE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******9272 Checking Account |
| Taxpayer ID No: | *******2188 | | |
| For Period Ending: | 03/26/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/12 | 12 | United States Treasury | TAX REFUND | | 7,024.00 | | 7,024.00 |
| | | | Memo Amount: 7,024.00 | 1124-000 | | | |
| | | | TAX REFUND | | | | |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | 7,024.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 7,024.00 | COLUMN TOTALS | 7,024.00    7,024.00    0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00    7,024.00 |
| | | Subtotal | 7,024.00    0.00 |
| Memo Allocation Net: | 7,024.00 | Less: Payments to Debtors | 0.00 |
| | | Net | 7,024.00    0.00 |

Page Subtotals     7,024.00    7,024.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-29631 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | JOINTER, MAUDESSIE | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9272 Checking Account |
| Taxpayer ID No: | *******2188 | | |
| For Period Ending: | 03/26/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 7,024.00 | | 7,024.00 |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 3.37 | 7,020.63 |
| 03/12/13 | | BANK OF NEW YORK MELLON | ADJUSTMENT OUT | 2600-000 | | 6.63 | 7,014.00 |
| 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.43 | 7,003.57 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.08 | 6,993.49 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.40 | 6,983.09 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.05 | 6,973.04 |
| 12/05/13 | 300001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 1,500.35 | 5,472.69 |
| | | | Fees    1,452.40 | 2100-000 | | | |
| | | | Expenses    47.95 | 2200-000 | | | |
| 12/05/13 | 300002 | AMERICAN INFOSOURCE FOR MIDLAND FUNDING<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Claim 000001, Payment 28.43% | 7100-000 | | 2,788.53 | 2,684.16 |
| 12/05/13 | 300003 | MAIN STREET ACQUSTN FOR HSBC CARD SERVCS<br>C/O BECKET AND LEE LLP<br>POBOX 3001<br>MALVERN, PA 19355-0701 | Claim 000002, Payment 28.43%<br>(2-1) CREDIT CARD DEBT | 7100-000 | | 2,684.16 | 0.00 |
| | | | Page Subtotals | | 7,024.00 | 7,024.00 | |

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-29631 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | JOINTER, MAUDESSIE | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9272 Checking Account |
| Taxpayer ID No: | *******2188 | | |
| For Period Ending: | 03/26/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 7,024.00 | 7,024.00 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 7,024.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,024.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,024.00 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 7,024.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 0.00 | Checking Account - ********9272 | | 7,024.00 | 0.00 | 0.00 |
| | | | Checking Account - ********9272 | | 0.00 | 7,024.00 | 0.00 |
| | Total Memo Allocation Net: | 7,024.00 | | | 7,024.00 | 7,024.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*